# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0088.  AKASH DIXIT v. TANYA SINGH DIXIT.**

On March 14, 2017, the superior court entered a final judgment and decree of divorce in this case.  Akash Dixit ("Husband") filed a motion for new trial, then filed a notice of appeal.  We dismissed his direct appeal because the divorce decree was an interlocutory order since the motion for new trial was still pending.  On July 18, 2017, the superior court denied the motion for new trial.  On July 21, 2017, Husband filed an amended notice of appeal, which was docketed as the instant case. On August 17, 2017, he filed an application for discretionary appeal.  See Case No. A18D0064. We lack jurisdiction over the direct appeal.

OCGA § 5-6-35 (a) (2) provides that "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be brought by application for discretionary appeal.  See *Massey v. Massey*, 294 Ga. 163, 165 (2) (751 SE2d 330) (2013).  Thus, Case No. A18A0088 is hereby DISMISSED, and the Husband's application for discretionary appeal remains pending in this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/07/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*